UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

FILED
NOV 12 2015
Phil Lombardi, Clerk
U.S. DISTRICT COURT

LESLIE D. BROWN, III
Plaintiff(s)

vs.

HARSO CORPORATION/HAMMCO LLC,
Defendant(s)

Case Number: 15 CV - 650 CVE - PJC

# COMPLAINT

A. Parties

1) Leslie D. Brown III (Plaintiff), is a citizen of Oklahoma (State)

   who presently resides at 3773 North Garrison Ave Tulsa, Okla. 74106 (mailing address if different from residence)

2) Defendant Harso/Hammco (Name of first defendant) is a citizen of Corporation (City, State)

   and is employed as Corporation dba State of Oklahoma (Position and title, if any)

3) Defendant _____ (Name of second defendant) is a citizen of _____ (City, State)

   and is employed as _____ (Position and title, if any)

[You may attach additional pages (8½" x 11") to furnish the above information for additional defendants.]

B. Jurisdiction

1) Jurisdiction is asserted pursuant to:
   42 U.S.C.A. Sec. 2000(e) et seq.

C. Nature of Case

1) Briefly state the background of your case:
   Cause of action for damages for illegal discrimination in employment and retaliation for complaining about discrimination. Discrimination based upon race.

D. Cause of Action

I allege the following:

1. While employed as an employee of the above named defendant I was discriminated against because of

Complaint                          1                          CV-05 (12/05)

my race -- which is African-American. I was retaliated

Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

against for complaining to management about the discrimination and disparate treatment which was given to me while I was employed with defendant. The agents of defendant further created an extreme

Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

hostile work environment after I filed a grievance and made a written request for a pay raise.

I further was unduly harassed and scrutinized by company agents and employees after the filing of a discrimination complaint with EEOC.

Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

I was further threatened with immediate termination by company employee Jeniffer Darling for complaining about

[If necessary, you may attach additional pages (8½" x 11") to explain any allegation or to list additional supporting facts in the same format as above.] racial discrimination.

*See attached page for further allegations.

E. Request for Relief

I believe that I am entitled to the following relief:

Money damages in the amount of $1,500,000.00, including punitive damages of one million dollars. Total damages requested 1,500.00.

Leslie A. Brown III
Original Signature of Plaintiff
3773 North Garrison Ave.
Current Address
Tulsa,       Okla.    74106
City              State    ZIP
918 853-3500
Telephone

## Attached Page 4 Continuation of Supporting Facts

I had been employed with Harsco Corporation/Hammco LLC for about five (5) years. After Harsco partnered with Hammco, about one (1) year ago, the racial harassment began. On or about June 2014, I filed an internal complaint. I also asked for a pay increase. Nothing was done. At this time the retaliation began. Don Webber, supervisor, told me it was "messed up" that I would call him a "racist." My complaints were totally ignored and I was demoted. I was treated to different terms and conditions of employment than white or Hispanic employees in that; I was chastised by supervisor, Rick Noble for getting coffee in the break room, while white and Hispanic employees are allowed to get coffee anytime, I was told by Mr. Noble, not to talk to another black employee or I would get into trouble. White and Hispanic employees talk to each other whenever they want. Other employees have been told not to talk with me.

No reason was given for the racial harassment. No reason has been given for not stopping the racial harassment. No reason has been given for the retaliation. I believe it has been allowed to continue in an effort to get me to quit.

I believe I have been discriminated against because of my race, black, and retaliated against for participating in a protected activity in violation of Title VII of the Civil Rights Act of 1964, as amended.

I further experienced numerous other acts of disparate treatment and retaliation while I was an employee at the company, including but not limited to the following:

**November 3, 2014**

A supervisor named Rick Noble chastised me for being in the break room in the morning and getting coffee while other Caucasian and Mexican exployees go to the break room and get coffee all of the time without being harassed or chastised for doing so.

Had conversation with Don Webber about demotion and removal from sub arc welding position and he told me I would not be returned to the position.

**October 8, 2014**

I was having a conversation with another employee named Mike Oakley while doing my job. Mr. Oakley is a black employee who was also demoted from his job as a supervisor and has also had problems of racial discrimination and disparate treatment by supervisors. I was told by Rick Noble to vacate the area and not to talk to Mr. Oakley or I would get into trouble. Other employees Caucasians and Mexicans are allowed to freely talk to each other at all times without being chastised or harassed.

Attached Page 2 Continuation of Supporting Facts

In June of 2016 I was terminated from the company. At the administrative hearing held before the Oklahoma Employment Security Commission company employees gave false and perjured in order to attempt to justify the company's reason for terminating and to deny to me unemployment benefits. The company agents had threatened to terminate for a long time and further had concocted false evidence and unjustifiable reasons to terminate me. The improper and illegal actions of the company created a very stressful situation to me and an extreme hostile for which reason I request to be allowed substantial punitive damages for the malicious acts of the company agents. I further have recordings of more than few of the incidents described including the conversation where company employee Jeniffer Darling threatened to fire me for no justifiable reson.