## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

LESLIE D. BROWN, III,

       Plaintiff,

v.

HARSCO CORPORATION,

       Defendant.

Case No. 15-CV-650-CVE-FHM

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Leslie D. Brown, III, and Defendant Harsco Corporation hereby stipulate to the dismissal with prejudice of all claims asserted in this action pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall be solely responsible for that party's attorney fees, costs, and expenses associated with this action.

Respectfully submitted,

Leslie D. Brown, III
3773 N. Garrison Ave.
Tulsa, OK  74106

***PRO SE* PLAINTIFF**

**AND**

J. Patrick Cremin, OBA #2013
Johnathan L. Rogers, OBA #21341
**HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.**
320 South Boston Avenue, Suite 200
Tulsa, OK  74103-3706
Telephone (918) 594-0400
Facsimile (918) 594-0505

**ATTORNEYS FOR DEFENDANT, HARSCO CORPORATION**